IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JASON KYLE WHIDDON, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-cv-161 (WLS-TQL) |
| | * |
| CARLTON POWELL, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 28, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of December, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk